

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>ANDREW DEWAYNE CARTER,<br><br>    Defendant | Case No.:   2:15-mj-793-CWH<br><br>ORDER TO SEAL |

Based on Government's Motion to Seal the Complaint and the Arrest Warrant in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint and the Arrest Warrant be sealed.

DATED this __14th__ day of October, 2015.

_____
United States Magistrate Judge