1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   WILLIAM CARRICO
3  Assistant Federal Public Defender
   Nevada State Bar No. 3042
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6

7  Attorney for Andrew DeWayne Carter

8
                    **UNITED STATES DISTRICT COURT**
9
                        **DISTRICT OF NEVADA**
10

11  UNITED STATES OF AMERICA,              Case No. 2:15-mj-793-CWH

12              Plaintiff,                 **STIPULATION TO CONTINUE**
                                           **PRELIMINARY HEARING**
13         v.                              (First Request)

14  ANDREW DEWAYNE CARTER,

15              Defendant.

16

17         IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden,

18  United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for

19  the United Stated of America, and Rene L. Valladares, Federal Public Defender, and William

20  Carrico, Assistant Federal Public Defender, counsel for Andrew DeWayne Carter, that the

21  Preliminary Hearing currently scheduled on October 29, 2015 at 4:00 p.m., be vacated and

22  continued to a date and time convenient to the Court, but no earlier than three weeks.

23         This Stipulation is entered into for the following reasons:

24         1.      Counsel for the defendant will be out of the district at a seminar during the

25  scheduled hearing date.

26

1        2.      Counsel for the defendant will require additional time to meet and confer with

2   his client regarding his rights and the charges against him.

3        3.      Defendant is incarcerated and does not object to a continuance.

4        4.      Both parties agree to the continuance.

5        5.      Additionally, denial of this request for continuance could result in a miscarriage

6   of justice.

7        This is the first request for continuance filed herein.

8        DATED this 28th day of October, 2015.

9

10  RENE L. VALLADARES              DANIEL G. BOGDEN
      Federal Public Defender             United States Attorney

11

12     */s/ William Carrico*            */s/ Lisa Cartier-Giroux*
      By_____   By_____

13  WILLIAM CARRICO               LISA CARTIER-GIROUX
      Assistant Federal Public Defender     Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

UNITED STATES OF AMERICA,                      Case No. 2:15-mj-793-CWH

8
                   Plaintiff,                  **ORDER**

9
         v.

10
ANDREW DEWAYNE CARTER,

11
                   Defendant.

12

13

14        Based on the Stipulation of counsel and good cause appearing,

15        IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on

16   October 29, 2015 at the hour of 4:00 p.m., be vacated and continued to Monday, November 24,

17   2015, at 4:00 p.m.

18        DATED October 29, 2015.

19

20        _____

21        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

3